Rev. 3/2014

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Dav.l Harris #25574-076)
FCC/USP#1 Coleman )
P.O. Box 1033 )
Coleman, Fl 33521 )

(Enter your full name, prison number
and address)

v.

United States of America, )
Federal Bureau of Prisons, )
Various unknown Medical )
Staff for the Bureau of Prisons )

(Enter the full name and address(es),
if know, of the defendant(s) in this
action)

Case: 1:22-cv-00342
Assigned To : Unassigned
Assign. Date : 2/7/2022
Description: Pro Se Gen. Civ. (F-DECK)



RECEIVED
Mail Room
FEB - 7 2022
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

Instructions for filing a Complaint by a Prisoner
Under the Civil Rights Act, 42 U.S.C. § 1983

This packet contains one copy of a complaint form and one copy of an application to proceed *in forma pauperis*. To start an action, you must file an original and one copy of this complaint form.

Your complaint must be clearly handwritten or typewritten and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space to answer a question, you may use another blank page.

Your complaint can be brought in this Court only if one or more of the named defendants is located within the District of Columbia. Further, you must file a separate for each claim that you have unless they are related to the same incident or problem. The law requires that you state only facts in your complaint.

You must supply a certified copy of your prison trust account, pursuant to the provisions of 28 U.S.C. §1915, effective April 26, 1996. The filing fee is $400.00. If insufficient funds exist in your prison account at the time of filing your complaint, the court must access, and when funds exist, collect an initial filing fee equal to 20 percent of the greater of:

(1)    the average monthly deposits to your prison account, or
(2)    the average monthly balance of your prison account for the prior six-month period.

Thereafter, you are required to make monthly payments of 20% of the preceding month's income. The agency having custody over you must forward payments from your account to the clerk of the court each time the amount in the account exceeds $10.00 until the filing fees are paid.

Therefore, before an assessment can be made regarding your ability to pay, you **must** submit a certified copy of your prison account for the prior six-month period.

When this form is completed, mail it and the copy to the Clerk of the United States District Court for the District of Columbia, 333 Constitution Ave., N.W., Washington, D.C. 20001.

I.    SUCCESSIVE CLAIMS

Pursuant to the Prison Litigation Reform Act of 1995, unless a prisoner claims to be in "imminent danger of serious physical injury," he or she may not file a civil action or pursue a civil appeal *in forma pauperis* "if the prisoner has, on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or they failed to state a claim upon which relief could be granted."

II.    PREVIOUS LAWSUITS

A.    Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?    Yes ( )    No ( ✓ )

B.    Have you begun other lawsuits in state or federal court relating to your imprisonment? Yes ( )    No ( ✓ )

C.    If your answers to A or B is Yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.    Parties to this previous lawsuit.

Plaintiffs:    N/A

Defendants:    N/A

2.    Court (If federal court, please name the district; if state court name the county.) N/A

3.    Docket number:    N/A

4.    Name of judge to whom case was assigned:    N/A

5.   Disposition (for example: Was the case dismissed?  Was it appealed?  Is it still pending?)   _N/A_

6.   Approximate date of filing lawsuit:   _N/A_

7.   Approximate date of disposition:   _N/A_

III.   **PLACE OF CONFINEMENT**

Federal Correctional Complex / USP #1 Coleman   P.O. Box 1033 Coleman, Fl 33521

A.   Is there a prisoner grievance procedure in this institution?  Yes ( ✓ )   No ( )
If your answer is Yes, go to Question III B.  If your answer is No, skip Questions III, B, C and D and go to Question III E.

B.   Did you present the facts relating to your complaint in the prisoner grievance procedure?
Yes ( ✓ )   No ( )

C.   If your answer is Yes to Question III B:

1.   To whom and when did you complain? various different staff, counselors, unit managers Associate Wardens, Wardens, Captains and several medical personnel

2.   Did you complain in writing?  (Furnish copy of the complaint you made, if you have one.)   Yes ( ✓ )   No ( ) In process of obtaining copies

3.   What, if any, response did you receive?  (Furnish copy of response, if in writing.) was told getting treatment and if did not agree with their answer to file a tort claim   In process of obtaining copie

4.   What happened as a result of your complaint? nothing changed and neither was the delay in treatments addressed and was told to file tort claim

D.   If your answer is No to Question III B, explain why not.   _N/A_

E.   If there is no prison grievance procedure in the institution, did you complain to prison authorities?   Yes ( )   No ( )   _N/A_

F.   If your answer is Yes to Question III E;

1.   To whom and when did you complain?   _N/A_

2.    Did you complain in writing? (Furnish copy of the complaint you made, if you have one.)      Yes ( )      No ( )    *N/A*

3.    What, if any response did you receive? (Furnish copy of response, if in writing.) *N/A*
_____

4.    What happened as a result of your complaint? _____ *N/A* _____
_____
_____

## IV.    PARTIES

In item A below, place your name and prison number in the first blank and your present address in the second blank. Do the same for additional plaintiffs, if any.

A.    Name of Plaintiff: David Harris #25574-076
Address: FCC/USP #1 Coleman PO Box 1033 Coleman, Fl 33521

In item B below, place the full name of the defendant(s) in the first blank, their official position in the second blank, their place of employment in the third blank, and their address in the fourth blank. Do the same for additional defendants, if any.

B.    Defendant: United States of America
_____

Address: Unknown
_____
_____

Defendant: Federal Bureau of Prisons
_____

Address: Bureau of Prisons 320 First Street, NW
Washington, D.C. 20534

Defendant: Various different unknown medical
Staff for the Bureau of Prisons

Address: Unknown
_____

Defendant: _____ N/A _____
_____

Address: _____ N/A _____
_____

V.    STATEMENT OF CLAIM

State here briefly as possible the <u>facts</u> of your case.  Describe how each defendant is involved.
Include the names of other persons involved, dates, and places.  If you intend to allege a number
of related claims, number and set forth each claim in a separate paragraph.  Attach extra sheets, if
necessary.

While being an inmate in the Federal Bureau of Prisons I started
complaining about having problems urinating. The seriousness of my
medical issue was either ignored completely or made light of to
the point that it caused irreversible lifelong damages. This also
caused me severe mental distress and physical pain. Also
has caused me the inability to urinate without the aid of
medical devices and the ability to have children naturally,
if at all. Attached to my claim describing in greater detail.
See attachment:
The medical staff were deliberately indifferent to the seriousness of
my medical needs violating my Eighth Amendment right against
cruel and unusual punishment.
I am also requesting a trial by jury.

VI.    RELIEF

State briefly exactly what you want the Court to do for you.

I ask the court to grant me Compensatory damages,
punitive damages and nominal damages. I ask for compensatory
damages due to the fact that the deliberate indifference caused
me life long injuries that cause physical pain and mental anguish.
I ask for punitive damages so that this does not happen
to someone again. I am asking for a total of
$10,000,000.00 to compensate me for all the physical pain
and mental anguish that I have suffered already and will
suffer for the rest of my life.

Signed this 30th day of January , 2022

David Harris
_____          _____
                                         (Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

January 30, 2022
_____          _____
(Date)                                   (Signature of Plaintiff)

n:\Forms\42 USC 1983

Statement of Claim / Factual Allegations

1.) As an inmate in the Federal Bureau of Prisons, in or about, April 2015, I went to sick call and complained to the medical provider about having problems urinating. At first he asked seemingly serious questions. After I answered these questions he then started making jokes about the matter. He then, jokingly, held up his hand and extended two fingers, waving them around, and asked, "do you want me to check your prostate?" I then told him not really but if that is what we need to ok. But isn't there another way to check that before we have to go as far as doing a digital rectal exam?" He then told me no there wasn't and asked if I was urinating at night? I answered that I wasn't and he told me then it is not your prostate. Nothing else was done and I was sent back to the unit and not seen again until June of 2015

2.) In June 2015 I went to sickcall again to complain about still having urinary issues. I saw the same provider and yet he kept dealing with me in a jokingly manner.

2.) He still didn't do anything but as I was leaving I saw the facility doctor and talked to him and explained what was going on. The doctor then told me to go up front and tell the lab technician that he sent me up there to get a urinary analysis done. The urinary analysis was done that day but I wasn't told the results. Wasn't seen again until July of 2015

3.) In July of 2015 went to sick call yet again because of still having urinary issues. In my medical file it is marked as a follow up but this is untrue. I saw the same provider again and still complained of the same issues. The provider pulled up where the U/a was done and said "Oh, it contained leukocytes." He orderd an antibiotic. Then I wasn't seen for almost a month for a follow up but then was only asked if I took all the medication I was prescribed. Was never asked about if condition got better or worse.

4.) After July of 2015 I kept complaining

4.) about my urinary issues and was either ignored completely or told you've got too many complaints for this visit you can only complain about two things in one visit or told that is just what happens as you get older. My condition just steadily got worse and worse.

5.) At the end of 2017 I was transferred to a different prison and on intake interview complained again but was told to sign up on sick call. I tried several times but was never talked to about this.

6.) In May of 2018 while in the Special Housing Unit at USP Lee I complained yet again about having urinary issues but also presented the medical staff a bottle of urine with blood in it. In my medical file it says they ordered a u/a, KUB, and a C/S but they were never done.

7.) In June 2018 I was transferred to FCI Gilmer and complained of the same issues on intake and was told yet again to sign up

7.) sick call. Asked for sick call again and was told to give a urine sample for a U/a again. Don't know what happened with that because never got to turn in urine sample.

8.) In June 2018 was transferred yet again and in transit was placed in Oklahoma City Transfer Center where yet again upon intake was told to go to sick call. Went to sick call and yet again was just treated for a UTI after giving a urine sample with large amount of blood in it

9.) In July of 2018 was transferred again to USP Yazoo City and yet again complained on the intake interview and was ignored and told to sign up on sick call. I kept complaining for several months but nothing was done and was ignored completely.

10.) In September of 2018 was finally seen at sick call. The provider discussed my issue with me checked my prostate, my testicles, and told me everything was fine and ordered a KUB

10.) The KUB was done but shown nothing so the provider claimed I was passing a kidney stone. When I asked if it takes 3 years to pass a kidney stone I was ignored.

11.) In October of 2018 the doctor said I had an abnormal lab report but did no follow up said was most likely a kidney stone

12.) In October of 2018 I complained to facility administration about not having a follow up done. They made the doctor see me and he said I was passing a kidney stone, with no evidence to support it, and prescribed Flomax to help pass it

13.) In November 2018 was placed in the Special Housing Unit at USP Yazoo City for possible assault on staff because I complained to the provider about never being seen or them not doing anything because of laziness. Was reduced to disrespect to staff but still nothing was done to improve my condition.

14.) In December 2018 was seen but yet again given medications to pass a kidney stone even after I told them this has not helped and my condition steadily got worse and worse.

15.) In January of 2019 was transferred again to USP Colman #1. I got to the facility on January 29, 2019 and yet again during the intake interview was ignored and told to sign up on sick call. I did this several times but was not seen until I took a bottle of urine up to medical with me that contained a large amount of blood. I was then referred to see a urologist but the severity was ignored. From that time until July of 2019 I had several incidents at this facility pertaining to trying to get help with several of the medical staff was even listed as, just trying to get meds and have a history of it, which is not true. In July I was diagnosed with cancer and even though I started receiving treatments

15.) still the seriousness is overlooked. I have had to be sent to the Emergency Room several times to be treated due to medical staff ignoring my complaints or refusing me medical supplies and making me reuse ~~single~~ single use items. This has been an on going thing the entire time since I have been diagnosed with cancer, I have since had to have my bladder, and prostate removed. Also some of my intestine and several lymph ~~nodes~~ nodes. The part of my intestine was removed to perform a urinary diversion surgery. This has cost me the ability to urinate without the aid of medical devices and has also cost me the ability to have children. Not to mention the physical pain I am constantly in or the mental anguish of this because of it making me feel less than a man now because of my personal body parts do not function properly.

16.) I first filed a grievance in June of 2019 but it was never responded to and then I was told that if I kept complaining about the way I was being treated that I would be listed as a security risk and they would cancel my outside ~~medi~~ doctors appointments.

17.) I filed an Administrative Remedy direct to the regional office in September of 2019 I filed directly to the region because of fear of retaliation by cancelling appointments as was already threatened.. This was rejected.    It is in this filing.

18.) I kept trying to go through the grievance process but my counselor at the time never brought me the necessary items to do this because I was being held in the medical observation cells after I started chemo-therapy. After I completed chemo-therapy we were then placed on modified operations due to COVID-19 and I was moved to another unit and assigned a new counselor. I then went to have surgery on April 17, 2020, and was in the hospital until August 25, 2020.

18.) Coming back from the hospital I was placed in quarantine. I was then placed back into general population where I was finally able to start the grievance process again. I filed the Informal Resolution in October of 2020, I think but am not sure. I filed the Formal Administrative Remedy in December of 2020 and the full grievance process was complete in April of 2020. However, the responses addressed the delay in appropriate treatments and said that I was getting treatments and if not satisfied with the answer file an appeal and a tort claim.

19.) In February I filed a tort claim because I discovered that when I was not answered the first time I started the grievance process that I had exhausted my remedies even though I was going through the process for the second time. My tort claim was responded to in September of 2021. In that response Just as in the Administrative Remedies, the

19.) delay in proper treatments and the deliberate indifference is not addressed. They do not address the fact that the only treatment that was attempted for over 4 years was to treat me for a urinary tract infection even after I repeatedly asked to be referred to a specialist. They also said that I submitted no evidence even though this is all in my medical file. They also stated that I consented to the surgery after being informed of the possible adverse side effects but neglect the fact that I was really left no option because I wasn't a candidate for bladder preservation therapy and in the words of my specialist, "if I didn't have the surgery I would die the most horrible death possible I could imagine."

20.) Medical staff also enter things into your medical file fraudulently. This can be proven by review of prison security cameras footage for several different dates where it says they were seeing me at medical, taking vital signs, and other things when in fact I was secured in my cell in the unit and never left.