UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

David Harris #25574-076
Federal Correctional Complex /USP#2
P.O. Box 1034
Coleman, Fl 33521
           Plaintiff,

    V.

United States of America,
Federal Bureau of Prisons,
Various Unknown Medical
Staff For The Bureau of
Prisons,
         Defendants.

22cv342 RC

---

# AMENDED COMPLAINT

---

# JURY TRIAL DEMANDED

**RECEIVED**

FEB 0 1 2024

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

# INTRODUCTION

Comes now the Plaintiff, David Harris, pro se, to hereby submit an Amended Complaint as instructed by the court on January 4, 2024. The Plaintiff hereby avers the following:

# CLAIM

Bureau of Prisons staff and Medical staff for the Bureau of Prisons were deliberately indifferent to the Plaintiff's serious medical needs violating his Eighth Amendmet right

against cruel and unusual punishment. They did this by either ignoring him completely, treating him as a nuisance, treating his complaints in a jokingly manner, or as if he was just trying to get drugs. If the Plaintiff was seen at all he was only provided a modicum of cursory treatment. Medical staff and regular staff also tried to embarrass or humiliate the Plaintiff whenever they could. The Plaintiff was also retaliated against for making medical complaints by either given a disciplinary action or what seemed like disciplinary actions. The Bureau of

Prisons Medical Staff and regular staff were so deliberately indifferent to the Plaintiff's serious medical needs to the point that he eventually had to have surgeries that caused irreversible lifelong damages. These damages caused him to be unable urinate without the aid of medical devices and to lose the ability to have children naturally if at all. Along with these things they also caused him severe mental distress and physical pain. Mental distress in the form of him feeling as if they were going to just let him die but also that he has lost his manhood. These things

were suffered for almost the entire time he was complaining about his medical problem until present and will continue to suffer from for the rest of his life. These actions will be explained in more detail in an attachment to his complaint. See Attachment: "Statement of Claim / Factual Allegations."

## JURISDICTION

The Plaintiff brings this claim pursuant to The Federal Tort Claims Act, 28 U.S.C. § 1346 (b), 2671-80, and 31 U.S.C. 3723.

Also Pursuant to Bivens v. Six Federal Narcotics Agents, 403 U.S. 388, 397 (1971). This court also

has jurisdiction under 28 U.S.C. §§ 1331 and 1343.

## VENUE

The District Court for the District of Columbia is the appropriate venue because the events and omissions named in this complaint happened in several different Federal Circuits and several different States making The United States of America a defendant. Being as The District of Columbia is the capital of The United States of America, the defendants or their representatives can be located there.

# DEFENDANTS

The Plaintiff named the defendants as various Unknown Medical Staff for a few different reasons.

1.) In general it was the vast majority of medical staff that did these things and the Plaintiff doesn't know the names of most of them.

2.) Of the names the Plaintiff can recall they are either so common that they would include multiple people, some of whom were not involved, or they were rare and stand out.

3.) The Plaintiff doesn't name the

names he can recall because that would leave only those select few accountable for everything when it wasn't only those select few that should be held liable. This seems to be a systemic problem with the Bureau of Prisons.

4.) The Plaintiff asserts that it would be more appropriate to list the as the following:

   i.) The United States of America: "Respondeat Superior".

   ii) The Federal Bureau of Prisons - Directors, Regional Directors, Wardens for the following institutions and

years:

a.) U.S. Penitentiary Leavenworth 2015-2017

U.S. Penitentiary Lee 2017-2018

U.S. Penitentiary Yazoo City 2018-2019

U.S. Penitentiary Coleman #1 and #2 2019-2024

FCI Gilmer 2018

Oklahoma Transfer Center 2017-2018

These are all located in the following ~~districts~~ regions:

North Central, South Central, Mid-Atlantic, South East

iii) Medical staff for the same institutions and years named above.

If the Court needs me to provide or wants me to provide the names of

medical staff more specifically he can give the very few names that he knows. What would be probably more appropriate upon the Court's request the Plaintiff can research his medical file and get all the names of every medical staff who was involved. Because as said before this seems to be a systemic problem and involved more people than even the Plaintiff knows.

## PRAYER FOR RELIEF

The Plaintiff hereby prays this honorable court to grant him compensatory damages, punitive damages, and nominal damages, to try and help compensate him for all the pain and suffering he has already been through but will also continue to go through the remainder of his life.

The Plaintiff asks for punitive damages because as he has said this is systemic problem in the Federal Bureau of Prisons. When someone complains about something they are generally ignored and then when you file Administrative remedies

they are ignored until you eventually start getting treatment and they never address the delay or the unprofessionalism. The administrations answers are almost always "You are getting treatment..... If you feel there is staff negligence .... File a tort Claim." The plaintiff paraphrased their general answer which their full answer can be seen in the Plaintiff's original Complaint he filed, Attached to it are copies of the Administrative Remedies and their answers. See Document #1 filed 2/7/22 Punitive damages are also to try and help prevent this from happening to others.

# DECLARATION

The Plaintiff, David Harris, pro se, hereby by declares under the pains and penalties of perjury that the foregoing submission is true and correct.

Signed this 26th day of January, 2024.

David Harris

## CERTIFICATE OF SERVICE

The Plaintiff, David Harris, pro se, does hereby certify that he served this on all parties by depositing in the U.S. Mail on this 26th day of January, 2024.

David Harris

Statement of Claim / Factual Allegations

1.) As an inmate in the Federal Bureau of Prisons, in or about, April 2015, I went to sick call and complained to the medical provider about having problems urinating. At first he asked seemingly serious questions. After I answered these questions he then started making jokes about the matter. He then, jokingly, held up his hand and extended two fingers, waving them around, and asked, "do you want me to check your prostate?" I then told him not really but if that is what we need to ok. But isn't there another way to check that before we have to go as far as doing a digital rectal exam?" He then told me no there wasn't and asked if I was urinating at night? I answered that I wasn't and he told me then it is not your prostate. Nothing else was done and I was sent back to the unit and not seen again until June of 2015

2.) In June 2015 I went to sickcall again to complain about still having urinary issues. I saw the same provider and yet he kept dealing with me in a jokingly manner.

2.) He still didn't do anything but as I was leaving I saw the facility doctor and talked to him and explained what was going on. The doctor then told me to go up front and tell the lab technician that he sent me up there to get a urinary analysis done. The urinary analysis was done that day but I wasn't told the results. Wasn't seen again until July of 2015

3.) In July of 2015 went to sick call yet again because of still having urinary issues. In my medical file it is marked as a follow up but this is untrue. I saw the same provider again and still complained of the same issues. The provider pulled up where the u/a was done and said "Oh, it contained leukocytes." He orderd an antibiotic. Then I wasn't seen for almost a month for a follow up but then was only asked if I took all the medication I was prescribed. Was never asked about if condition got better or worse.

4.) After July of 2015 I kept complaining

4) about my urinary issues and was either ignored completely or told you've got too many complaints for this visit you can only complain about two things in one visit or told that is just what happens as you get older. My condition just steadily got worse and worse.

5.) At the end of 2017 I was transferred to a different prison and on intake interview complained again but was told to sign up on sick call. I tried several times but was never talked to about this.

6.) In May of 2018 while in the Special Housing Unit at USP Lee I complained yet again about having urinary issues but also presented the medical staff a bottle of urine with blood in it. In my medical file it says they ordered a u/a, KUB, and a C/S but they were never done.

7.) In June 2018 I was transferred to FCI Gilmer and complained of the same issues on intake and was told yet again to sign up

7.) sick call. Asked for sick call again and was told to give a urine sample for a U/a again. Don't know what happened with that because never got to turn in urine sample.

8.) In June 2018 was transferred yet again and in transit was placed in Oklahoma City Transfer Center where yet again upon intake was told to go to sick call. Went to sick call and yet again was just treated for a UTI after giving a urine sample with large amount of blood in it

9.) In July of 2018 was transferred again to USP Yazoo City and yet again complained on the intake interview and was ignored and told to sign up on sick call. I kept complaining for several months but nothing was done and was ignored completely.

10.) In September of 2018 was finally seen at sick call. The provider discussed my issue with me checked my prostate, my testicles, and told me everything was fine and ordered a KUB

10.) The KUB was done but shown nothing so the provider claimed I was passing a kidney stone, when I asked if it takes 3 years to pass a kidney stone I was ignored.

11.) In October of 2018 the doctor said I had an abnormal lab report but did no follow up said was most likely a kidney stone

12.) In October of 2018 I complained to facility administration about not having a follow up done. They made the doctor see me and he said I was passing a kidney stone, with no evidence to support it, and prescribed Flomax to help pass it

13.) In November 2018 was placed in the Special Housing Unit at USP Yazoo City for possible assault on Staff because I complained to the provider about never being seen or them not doing anything because of laziness. Was reduced to disrespect to staff but still nothing was done to improve my condition.

14.) In December 2018 was seen but yet again given medications to pass a kidney stone even after I told them this has not helped and my condition steadily got worse and worse.

15.) In January of 2019 was transferred again to USP Colman #1. I got to the facility on January 29, 2019 and yet again during the intake interview was ignored and told to sign up on sick call. I did this several times but was not seen until I took a bottle of urine up to medical with me that contained a large amount of blood. I was then referred to see a urologist but the severity was ignored. From that time until July of 2019 I had several incidents at this facility pertaining to trying to get help with several of the medical staff was even listed as, just trying to get meds and have a history of it, which is not true. In July I was diagnosed with cancer and even though I started receiving treatments

15.) still the seriousness is overlooked. I have had to be sent to the Emergency Room several times to be treated due to medical staff ignoring my complaints or refusing me medical supplies and making me reuse ~~single~~ single use items. This has been an on going thing the entire time since I have been diagnosed with cancer. I have since had to have my bladder, and prostate removed. Also some of my intestine and several lymph ~~nodes~~ nodes. The part of my intestine was removed to perform a urinary diversion surgery. This has cost me the ability to urinate without the aid of medical devices and has also cost me the ability to have children. Not to mention the physical pain I am constantly in or the mental anguish of this because of it making me feel less than a man now because of my personal body parts do not function properly.

16.) I first filed a grievance in June of 2019 but it was never responded to and then I was told that if I kept complaining about the way I was being treated that I would be listed as a security risk and they would cancel my outside doctors appointments.

17.) I filed an Administrative Remedy direct to the regional office in September of 2019. I filed directly there because of fear of being retaliated against in the form of cancelling my appointments. This request was rejected. It is included in this filing.

18.) I kept trying to go through the grievance process but my counselor at the time never brought me the necessary Items to do this because I was being held in the medical observation cells after I started chemo-therapy. After I completed chemo-therapy we were then placed on modified operations due to COVID-19 and I was moved to another unit and assigned a new counselor. I then went to have surgery on April 17, 2020 and was in the hospital until August 25, 2020. Coming back to the

18.) from the hospital I was placed in quarantine. I was then placed back in general population where I could finally start the grievance process again. I started the Informal Resolution I think in October 2020 but I am not sure. I finally was able to start the Formal Grievance process in December 2020 and the full process was finally completed in March 2021. However, the responses always stated that I'm getting treatments and if not satisfied file an appeal.

19.) In February ~~March~~ 2021 I filed a tort claim that was responded to in September 2021. In the response to the tort claim, just as in the Administrative Remedies, the delay in treatment and the deliberate indifference is not addressed. They do not address the fact that they only tried to treat me for urinary tract infection and didn't address the seriousness of my problem. Also they say I didn't submit evidence even though it is in my medical file. They also said that I consented to the surgery after being told about the possible adverse effects but do not clarify that I was really left no option; either consent

19.) to the surgery or, since I was not a candidate for bladder preservation therapy, in the wards of the specialist "die one of the worst deaths I could imagine".

20.) Medical staff also enter things into your medical file fraudulently. This can be proven by review of prison security camera footage for several different dates where it says that they were seeing me up at medical, taking vital signs or other things when in fact I was secured in my cell in the unit and never left it.

21.) These types of things continually happened throughout 2021. Was even told several time in 2021 that there were "more important matters to deal with" after I discovered was having internal bleeding and was passing the blood out of my bladder.

22.) In or about ~~June~~ May of 2021 medical staff would only allow me 3 catheters per day after outside specialists had recommended more. I forced to reuse them which caused a severe infection and had to

taken to the emegency room.

23.) In June of 2022 I was moved from USP #1 Coleman to USP #2 Coleman. In or about July 2022 medical staff, because of inexperience with this condition, yet again refused me catheters and had an indwelling catheter, called a Foley, placed. This caused the Plaintiff more infections and severe pain. My specialist say this was not suppose to happen and yet again recommend more catheters per day.

24.) Everything was going fine except that medical supplies are consistently out so I am unable to get the amount of catheters I require. As of the date of writing this complaint January 25, 2024 I have a Foley implated. This was because I requested it because it is safer then reusing the same intermittent catheters for the last 3 weeks before I had this Foley put in.